FAULCON *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 13, September Term, 1958.]

*Decided May 13, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The petitioner was tried and convicted by Judge Joseph L. Carter, sitting without a jury, of murder in the first degree, for which he was sentenced to life imprisonment in the Maryland Penitentiary. Upon appeal to this Court, the judgment in the court below was affirmed. He now makes application for leave to appeal under the Post Conviction Procedure Act.

For the reasons assigned in Judge Byrnes' opinion, the application will have to be denied.

*Application denied.*